UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

John Graphenteen,

        Plaintiff,

    v.

Lucinda Jesson et al,

        Defendants.

Case No. 15-cv-2503 MJD/FLN

ORDER

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated November 3, 2015, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Plaintiff's motion for default judgment (ECF No. 15) IS **DENIED**.

LET JUDGMENT BE ENTERED ACCORDING.

DATED: December 7, 2015
                                s/Michael J. Davis
                                MICHAEL J. DAVIS
                                United States District Court Judge